CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 18 2010
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| OBAYDA HANIFI ABED | ) | Civil Action No. 7:01cv00356 |
| | ) | Criminal Case No. 7:97cr00024-5 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | By: Samuel G. Wilson |
| UNITED STATES OF AMERICA | ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that Abed's motion (Docket #10) is **DENIED** as a motion for reconsideration under Rule 60(b), a petition for audita querela, and a petition for writ of error coram nobis. Abed's motion is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion shall be and hereby is **DISMISSED without prejudice** as successive; and the case is hereby **STRICKEN** from the active docket.

Further, finding that Abed has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 18th day of June, 2010.

_____
United States District Judge